Gary W. HAMLIN, D.O., Appellant,

v.

**STATE BOARD OF REGISTRATION FOR THE HEALING ARTS and The Bureau of Narcotics and Dangerous Drugs, Respondents.**

No. WD 53744.

Missouri Court of Appeals, Western District.

Jan. 20, 1998.

Bradley G. Bishop, Springfield, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Vicki J. Goldammer, Asst. Atty. Gen., Jefferson City, for Respondents.

Before HOWARD, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

Gary W. Hamlin appeals from the trial court's grant of summary judgment to Respondents on Hamlin's petition seeking to invalidate a disciplinary order issued by the Board of Registration for the Healing Arts and a voluntary surrender of registration and Memorandum of Understanding entered into between Hamlin and the Bureau of Narcotics and Dangerous Drugs.

Judgment affirmed. Rule 84.16(b).